# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LYNN GALLEGOS,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:22-cv-01138-BAM<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED<br><br>**RESPONSE DUE:   July 14, 2023** |

Plaintiff Mary Lynn Gallegos ("Plaintiff") filed this action on September 7, 2022, seeking review of the Commissioner of Social Security's denial of her applications for disability benefits.  (Doc. 1.)  On September 9, 2022, the Court entered a scheduling order in this action. (Doc. 5.)  Pursuant to the Court's scheduling order, Plaintiff is required to prosecute this action by filing a motion for summary judgment within forty-five (45) days following the Commissioner's service and filing of the administrative record.  (*Id.*)  Plaintiff was warned that failure to comply with the Court's Scheduling Order may result in sanctions pursuant to Local Rule 110.  (*Id.*)

On December 8, 2022, the Commissioner filed the administrative record.  (Doc. 10.) On January 30, 2023, Plaintiff filed a Motion for Extension of Time to file a motion for

1

summary judgment. (Doc. 11.)  The Court granted this motion, ordering that Plaintiff shall file a motion for summary judgment on or before February 20, 2023.  (Doc. 12.)  More than 120 days have passed since the revised deadline, and Plaintiff has not filed a motion for summary judgment.

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to comply with the Court's Order Regarding Plaintiff's Motion for Extension of Time and Plaintiff's failure to prosecute this action.  Plaintiff shall file a written response to this order to show cause no later than **July 14, 2023.**  Plaintiff also may comply with this order by filing an opening brief.

**Plaintiff is forewarned that failure to respond to this order to show cause will result in the dismissal of this action for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **June 30, 2023**                            /s/ *Barbara A. McAuliffe*
                                                                        UNITED STATES MAGISTRATE JUDGE