UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LYNN GALLEGOS,<br><br>  Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY.,<br><br>  Defendant. | Case No.  1:22-cv-01138-JLT-BAM<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE**<br><br>(Doc. 16)<br><br>Defendant's Response:  November 6, 2023 |

On September 7, 2023, this Court issued findings and recommendations recommending that the action be dismissed for Plaintiff Mary Lynn Gallegos's ("Plaintiff") failure to obey a court order and failure to prosecute the action.  (Doc. 16.)  The findings and recommendations remain pending, and have not been accepted, rejected, or otherwise modified.  Plaintiff filed her objections to the Court's findings and recommendations on September 20, 2023, noting hardship due to illness and attaching a document labeled motion for summary judgment.[1]  (Doc. 17.)

---

[1] In Plaintiff's objections, she notes that "In February 17, 2023, I filed 'Motion for Summary Judgment' please forgive me I forgot to caption 'Motion for Summary Judgment.'" (Doc. 17 at 1.)  However, the docket in this matter does not show any document filed from Plaintiff between her January 30, 2023 motion for extension of time (Doc. 11) and her September 20, 2023 objections (Doc. 17).

1

Having further considered the matter based upon Plaintiff's objections and attached motion for summary judgment, this Court will vacate the findings and recommendations and direct the Defendant Commissioner of Social Security to file its response within 45 days of this order.  As Plaintiff notes her hardship (Doc. 17 at 1-2) and has filed a motion for summary judgment (Doc. 17 at 3-6), she has addressed the principal issues underlying the Court's findings and recommendations to dismiss.

For these reasons, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on September 7, 2023 (Doc. 16), are VACATED;
2. Plaintiff's filing labeled "Motion for Summary Judgment" (Doc. 17 at 3-6) is hereby accepted as Plaintiff's opening brief in this matter.
3. Defendant is ORDERED to file its response **on or before November 6, 2023**.
4. Plaintiff shall file her optional reply brief **within 15 days of Defendant's brief**.  If Plaintiff fails to submit a timely reply brief, the Court will deem the matter submitted on the previously filed papers.

IT IS SO ORDERED.

Dated:   **September 21, 2023**          /s/ *Barbara A. McAuliffe*    _
                                        UNITED STATES MAGISTRATE JUDGE

2