1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARY LYNN GALLEGOS,                        Case No.  1:22-cv-01138-JLT-BAM

12                  Plaintiff,                  **ORDER VACATING FINDINGS AND**
                                                **RECOMMENDATIONS REGARDING**
13          v.                                  **PLAINTIFF'S MOTION FOR SUMMARY**
                                                **JUDGMENT**
14   MARTIN O'MALLEY, Commissioner of
     Social Security,[1]                        (Doc. 21)
15
                    Defendant.
16

17

18          On December 12, 2023, this Court issued findings and recommendations recommending

19   that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be

20   denied and the Clerk of this Court enter judgment in favor of Defendant Kilolo Kijakazi, Acting

21   Commissioner of Social Security, and against Plaintiff Mary Lynn Gallegos.  (Doc. 21.)  The

22   findings and recommendations remain pending, and have not been accepted, rejected, or

23   otherwise modified.  Plaintiff filed her objections to the Court's findings and recommendations

24   on December 29, 2023, noting her chronic pain, symptoms, and treatment.  (Doc. 22.)

25          Defendant filed its response to Plaintiff's objections on January 3, 2024.  (Doc. 23.)  On

26

27   [1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023.
     Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley is substituted
28   for Kilolo Kijakazi as Defendant in this suit.

                                                   1

January 4, 2024, Defendant filed a Notice of Errata Regarding Service, noting that counsel had not sent or served Defendant's Responsive Brief (Doc. 20) upon Plaintiff.  (Doc. 24.) Defendant's counsel further notes that Defendant's Notice of Errata (Doc. 24) and Defendant's Responsive Brief (Doc. 20) would be mailed to Plaintiff on January 4, 2024.  (*Id.* at 2.)

Having further considered the matter based upon Defendant's Notice of Errata, this Court finds that Plaintiff did not have notice of Defendant's Responsive Brief in opposition to her motion.  Therefore, this Court will vacate the findings and recommendations.  Plaintiff may submit an optional reply brief to address any arguments or evidence raised in Defendant's Responsive Brief.  Plaintiff shall file any reply brief within 21 days of service of Defendant's Responsive Brief.

For these reasons, IT IS HEREBY ORDERED as follows:

1.   The findings and recommendations issued on December 12, 2023 (Doc. 21), are VACATED;

2.   Defendant shall file a proof of service of its Responsive Brief with the Court on or before **January 12, 2024**.

3.   Plaintiff may file her optional reply brief **within 21 days of service of Defendant's Responsive Brief.**  If Plaintiff fails to submit a timely reply, the Court will deem the matter submitted on the previously filed papers.

IT IS SO ORDERED.

Dated:   **January 4, 2024**                      ___/s/ *Barbara A. McAuliffe*___

UNITED STATES MAGISTRATE JUDGE