1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 MARY LYNN GALLEGOS,

No.  1:22-cv-01138 JLT BAM

12        Plaintiff,

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, DENYING
13    v.

PLAINTIFF'S APPEAL; GRANTING THE
COMMISSIONER'S REQUEST TO
14 MARTIN O'MALLEY[1]
Commissioner of Social Security

AFFIRMING THE ADMINISTRATIVE
DECISION; AND DIRECTING THE CLERK
OF COURT TO ENTER JUDGMENT IN
15

FAVOR OF DEFENDANT MARTIN
O'MALLEY, COMMISSIONER OF SOCIAL
16        Defendant.

SECURITY AND AGAINST PLAINTIFF
MARY LYNN GALLEGOS
17

18

(Docs. 17, 20, and 27)

19

20        Mary Lynn Gallegos asserts that she is unable to work due to severe chronic pain,

21 arthritis, poor vision, and diabetes.  (Doc. 17 at 3.)  Plaintiff seeks judicial review of the

22 administrative decision denying her applications for a period of disability, disability insurance

23 benefits, and supplemental security income under Titles II and XVI of the Social Security Act.

24 (Docs. 1, 17.)

25        The magistrate judge determined that "the ALJ did not err in discounting Plaintiff's

26 subjective complaints," by considering factors including inconsistency with treatment notes;

27

28 [1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of
the Federal Rules of Civil Procedure, Martin O'Malley is substituted for Kilolo Kijakazi as the defendant in this suit.

1

1    inconsistencies with the objective medical evidence; Plaintiff's noncompliance with treatment;

2    the fact "prior to Plaintiff's noncompliance with treatment, Plaintiff's diabetes, hyperlipidemia

3    and hypertension were well-controlled with medication;" and that "Plaintiff stopped working due

4    to a business-related downsizing rather than because of her allegedly disabling impairments." (*Id.*

5    at 10-15.)  In addition, the magistrate judge Plaintiff failed to show good cause for her failure to

6    submit additional evidence now submitted with her appeal—which did not appear in the

7    administrative record—and such evidence did not "meet the materiality standard." (*Id.* at 16-17.)

8    Therefore, the magistrate judge found "the ALJ's decision is supported by substantial evidence in

9    the record as a whole and is based on proper legal standards," and recommended the decision be

10   affirmed. (*Id.* at 18.)  The magistrate judge also recommended Plaintiff's motion for summary

11   judgment and appeal be denied and the Clerk of Court be directed to enter judgment in favor of

12   Defendant. (*Id.*)

13        Plaintiff filed timely objections to the Findings and Recommendations, asserting that she

14   is "very sick" and attaching three medical records from June 12, 2023; June 15, 2023; and

15   February 16, 2024. (Doc. 28.)  However, Plaintiff does not address the specific findings of the

16   magistrate judge related to the decision issued by the administrative law judge or explain how the

17   attached medical records are relevant to the matter now before the Court.  Indeed, a review of the

18   medical records does not indicate they are relevant to the time period adjudicated by the ALJ.

19   (*See* Doc. 28 at 2-4.)

20        According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this

21   case. Having carefully reviewed the matter, the Court concludes the Findings and

22   Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

23        1.    The Findings and Recommendations issued on February 6, 2024 (Doc. 27) are

24              **ADOPTED** in full.

25        2.    Plaintiff's appeal of the administrative decision denying her application for

26              benefits (Doc. 17) is **DENIED**.

27        3.    The Commissioner's request to affirm the decision (Doc. 20) is **GRANTED**.

28   ///

4.      The Clerk of Court is directed to enter judgment in favor of Defendant Martin

O'Malley, Commissioner of Social Security, and against Plaintiff Mary Lynn

Gallegos, and to close this case.

IT IS SO ORDERED.

Dated:    **March 12, 2024**

UNITED STATES DISTRICT JUDGE